## Ensel *v.* Adler.

Cobb, J. Applying the rule laid down in the case of *Oliver* v. *Macon Hardware Company*, 98 *Ga.* 249, to the facts disclosed by the present record, the plaintiff in error, who was a general salesman in a clothing establishment, was not a laborer whose wages were exempt from the process of garnishment; and accordingly the verdict against him upon this point was right, and the superior court did not err in refusing to disturb it. *Hunter* v. *Morgan*, 108 *Ga.* 409; *Boynton* v. *Pelham*, 108 *Ga.* 794.

*Judgment affirmed. All the Justices concurring.*

Argued February 17, — Decided March 2, 1900.

Certiorari. Before Judge Falligant. Chatham superior court. June term, 1899.

*R. R. Richards,* for plaintiff in error.
*Twiggs & Oliver,* contra.

---

## Clark *v.* Haymans.

Simmons, C. J. 1. Before an applicant can have obstructions removed from a private way, he must show not only that there has been an uninterrupted use for more than seven years, but that it is not more than fifteen feet wide, that he has kept it open and in repair, and that it is the same fifteen feet originally appropriated. *Collier* v. *Farr*, 81 *Ga.* 749, and cases cited.

2. The record not showing that the road in question had been used continuously and uninterruptedly for more than seven years or that its width did not exceed fifteen feet or that it was the same fifteen feet originally appropriated, the court did not err in sustaining the decision of the ordinary refusing to order the obstructions removed.

*Judgment affirmed. All the Justices concurring.*

Submitted February 19, — Decided March 2, 1900.

Certiorari. Before Judge Seabrook. Bryan superior court. May term, 1899.

*N. J. Norman* and *Lester & Ravenel,* for plaintiff.
*R. F. C. Smith,* for defendant.